**DISMISS; and Opinion Filed February 5, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01235-CV

### EX PARTE NATHANIEL L. HUBERT

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. X-11-1261H**

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Lewis
Opinion by Justice Lang-Miers

Appellant's brief in this case is overdue. By postcard dated May 15, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

121235F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE NATHANIEL HUBERT

No. 05-12-01235-CV

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. X-11-1261H.
Opinion delivered by Justice Lang-Miers.
Justices Francis and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 5th day of February, 2014.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE